

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 350 S. CATALINA STREET, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNURJARGAL BANZRAGCH, et al., <br><br> Defendants. | No. CV 11-9290-UA (Duty) <br><br> **ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

On November 8, 2011, defendant Battu Bataa ("defendant"), having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed in forma pauperis.

The Court lacks subject matter jurisdiction over the instant action, as defendant does not competently allege facts supplying either diversity or federal question jurisdiction. The unlawful detainer complaint states that the amount in controversy does not exceed $10,000, and thus the diversity jurisdiction threshold of more than $75,000 in controversy is not met. See 28 U.S.C. §§ 1332, 1441(b). Moreover, to the extent that defendant asserts diversity jurisdiction, he cannot properly remove the action because he resides in the forum state. 28 U.S.C. § 1441(b). Nor does plaintiff's unlawful detainer action raise any federal legal question. See 28 U.S.C. §§ 1331,

1441(b). Thus, plaintiff could not have brought this action in federal court in the first place and removal is improper. See 28 U.S.C. § 1441(a); <u>Syngenta Crop Protection, Inc. v. Henson</u>, 537 U.S. 28, 31, 123 S.Ct. 366, 154 L.Ed.2d 368 (2002).

Accordingly, **IT IS ORDERED** that this matter be **remanded** to the Superior Court of California, Los Angeles County, Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). **IT IS FURTHER ORDERED** that the Clerk of the Court send a certified copy of this Order to the state court and serve copies of this Order on all parties or their counsel.

DATED: 11/14/2011

HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date:

Superior Court of California
Los Angeles County
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: CV 11-9290-UA (Duty)

Previously Superior Court Case No. 11-U-08695

Case Name: 350 S. Catalina Street, Inc. v. Unurjargal Banzragch, et al.

Dear Sir / Madam:
    Pursuant to this Court's ORDER OF REMAND issued on November 14, 2011, the above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Christianna Howard
    Deputy Clerk   213 894-7103

☒ Western  ☐ Eastern  ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____
    Deputy Clerk

_____
Date

CV - 103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)